Consolidated Wire & Associated Corporations, Appellee, v. Rudolph Weiss, Trading as Arrow Sales Company, Appellant.

Gen. No. 43,298.

Heard in the third division, first district, this court at the December term, 1944; opinion filed November 7, 1945; released for publication November 27, 1945. Edward S. King, for appellant; Ode L. Rankin, of counsel; William Friedman and Raymond M. Grossman, for appellee; Zeamore A. Ader, of counsel. Opinion by JUSTICE BURKE. Not to be published in full.